# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH THOMAS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>C. OGBEHI, et al.,<br><br>　　　　　Defendants. | Case No. 1:15-cv-01059-LJO-DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COPIES OF DOCUMENTS<br><br>(Document 14) |

　　　　Plaintiff Josh Thomas ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 10, 2015. On July 14, 2015, the Court dismissed the action without prejudice to refiling accompanied by the filing fee.

　　　　Plaintiff filed a notice of appeal on September 14, 2015.

　　　　On October 8, 2015, Plaintiff filed a motion for transcripts at government expense. His motion, however, requests copies of two complaints filed in prior actions upon which the Court based its dismissal. The Court therefore construes this as a request for copies of documents.

　　　　While prisoners are entitled to excerpts of the record upon request pursuant to Circuit Rule 30-3, only relevant excerpts are available. In his request, Plaintiff requests copies of the complaints from 1:99-cv-05350 and 1:98-cv-06095, cases that the Court counted as strikes in denying his application to proceed in forma pauperis in *this* action.

1

1   Plaintiff has repeatedly stated that he believes that the prior cases were dismissed in error. However, Plaintiff cannot challenge the prior dismissals in this appeal. This makes the complaints in those actions irrelevant and unnecessary.

Plaintiff is further advised that the complaints he seeks are not available electronically because of the age of the cases. Plaintiff may contact the Clerk's Office for instructions and costs regarding retrieving copies from archived files.

IT IS SO ORDERED.

Dated:   **October 27, 2015**                              /s/ *Dennis L. Beck*
                                                                                UNITED STATES MAGISTRATE JUDGE

2